1 **SUSAN SCHOFIELD**
2 25001 Magic Mountain Pkwy. #620
3 Valencia, CA. 91355
4 (661) 857-2120
5 **PLAINTIFF IN PRO PER**



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, an individual, | Case No: 2:22-cv-04332-JGB (AS) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE OF SUMMONS** |
| COUNTY OF LOS ANGELES, et al. | |
| Defendants. | |

I, Marissa Hernandez, am a citizen of the United States and reside in Los Angeles County. I am over the age of eighteen and not a party to the above-entitled action. My business address is 100 N. Barranca St., Suite 748, West Covina, California. On July 14, 2022, I served the following documents on Defendant ARNESHA ALLEN, by personally serving the defendant's place of employment:

**#1. :** Complaint for Violation of Civil Rights (Docket #1)
**#2. :** Certificate of No Interested Parties (Docket #2)
**#3. :** Civil Case Cover Sheet (Docket #1)

**#4. :** Summons in Civil Action (Docket #6)

**#5. :** Notice of Assignment to Hon. Jesus G. Bernal (Docket #3)

Defendant ARNESHA ALLEN was served at the address and time indicated below.

**TIME OF DELIVERY**: 8:50 P.M.

ATTN: Litigation Management Section, CSA Remik Gholian

Via email: olm@dcfs.lacountygov.com

Per instruction by Easter C. on July 11, 2022

510 S. Vermont Ave., Terrace Floor

Los Angeles, CA. 90020

Sworn under penalty of perjury pursuant to the laws of the State of California.

DATED: July 14, 2022

_____

MARISSA HERNANDEZ

Susan Schofield v. County of Los Angeles, et al.   PG. 2   Case No: 2:22-cv-04332-JGB (AS)

PROOF OF SERVICE OF SUMMONS