1  **SUSAN SCHOFIELD**
2  25001 Magic Mountain Pkwy. #620
3  Valencia, CA. 91355
4  (661) 857-2120
5  **PLAINTIFF IN PRO PER**



6
7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA
9
10
11  SUSAN SCHOFIELD, an individual,        Case No: 2:22-cv-04332-JGB (AS)
12              Plaintiff,
13                                          **PROOF OF SERVICE OF**
14       v.                                 **SUMMONS**
15  COUNTY OF LOS ANGELES, et al.
16              Defendants.
17
18
19       I, Marissa Hernandez, am a citizen of the United States and reside
20  in Los Angeles County. I am over the age of eighteen and not a party to the
21  above-entitled action. My business address is 100 N. Barranca St., Suite 748,
22  West Covina, California. On July 25, 2022, I served the following documents
23  on Defendant JUDY THOMAS, by personally serving the defendant's place
24  of employment through next day FedEx mail with signature tracking:
25
26       **#1. :** Complaint for Violation of Civil Rights (Docket #1)
27       **#2. :** Certificate of No Interested Parties (Docket #2)
28       **#3. :** Civil Case Cover Sheet (Docket #1)

**#4.**: Summons in Civil Action (Docket #6)

**#5.**: Notice of Assignment to Hon. Jesus G. Bernal (Docket #3)

Defendant JUDY THOMAS was served at the address and time indicated below.

**TIME OF DELIVERY**: 11:25 A.M.

ATTN: Judy Thomas
Redman Medical Center
8301 161 St Ave NE Suite 202
Redman, WA. 98052

Noting that on July 21, 2022, the Litigation Management Section, Remik Gholian denied receiving these documentation for Judy Thomas.

Sworn under penalty of perjury pursuant to the laws of the State of California.

DATED: JULY 26, 2022

MARISSA HERNANDEZ

Susan Schofield v. County of Los Angeles, et al.   PG. 2   Case No: 2:22-cv-04332-JGB (AS)

PROOF OF SERVICE OF SUMMONS

July 26, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 275972861207

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | E.KALICH | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | Redmond, WA, |
| | | **Delivery date:** | Jul 26, 2022 13:00 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 275972861207 | **Ship Date:** | Jul 25, 2022 |
| | | **Weight:** | 1.0 LB/0.45 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| Redmond, WA, US, | Duarte, CA, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx