**SUSAN SCHOFIELD**

25001 Magic Mountain Pkwy. #620

Valencia, CA. 91355

(661) 857-2120

**PLAINTIFF IN PRO PER**



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, et al. <br><br> Defendants. | Case No: 2:22-cv-04332-JGB (AS) <br><br> **PROOF OF SERVICE OF SUMMONS** |

I, Marissa Hernandez, am a citizen of the United States and reside in Los Angeles County. I am over the age of eighteen and not a party to the above-entitled action. My business address is 100 N. Barranca St., Suite 748, West Covina, California. On July 21, 2022, I served the following documents on Defendant LINDA FLORES, by personally serving the defendant's place of employment:

**#1. :** Complaint for Violation of Civil Rights (Docket #1)
**#2. :** Certificate of No Interested Parties (Docket #2)
**#3. :** Civil Case Cover Sheet (Docket #1)

1    **#4. :** Summons in Civil Action (Docket #6)

2    **#5. :** Notice of Assignment to Hon. Jesus G. Bernal (Docket #3)

3

4 Defendant LINDA FLORES was served at the address and time indicated

5 below.

6                                                               **TIME OF DELIVERY**: 2:45 P.M.

7

8 **Received by**: Litigation Management Section, CSA Remik Gholian

9 510 S. Vermont Ave., Terrace Floor

10 Los Angeles, CA. 90020

11

12 Sworn under penalty of perjury pursuant to the laws of the State of

13 California.

14

15

16

17    **Dated**: July 26, 2022                               _/s/ Marissa Hernandez_

18                                                                 **Marissa Hernandez**

19

20

21

22

23

24

25

26

27

28

Susan Schofield v. County of Los Angeles, et al.   PG. 2   Case No: 2:22-cv-04332-JGB (AS)

PROOF OF SERVICE OF SUMMONS

                                                                    Marissa Hernandez <missabellaj@gmail.com>

## ATTN: Remik Gholian
12 messages

**Marissa Hernandez** <missabellaj@gmail.com>                                         Thu, Jul 14, 2022 at 8:50 PM
To: olm@dcfs.lacounty.gov

Good evening,

This email is in regards to a summons in the California Central District Court for the following social workers for the Los Angeles Department of Children and Family Services:

JUDY THOMAS, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
KAREN LA, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
SANDRA CHAVEZ, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
WENDY CONTRERAS, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
JULIET MACIAS, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
LINDA FLORES, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
VERONICA BETANCOURT-PAREZ, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
ARNESHA ALLEN, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
BERNADETTE HENLEY, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services

I was informed by Ester C. (213-351-5507) from the 10th floor of 510 S. Vermont Ave. Los Angeles, CA.. 90020 that the new method of receiving summons was through email on July 11, 2021.

I did also receive a contact number to reach Remik Gholian which was the number: 213-351-5554. However, after 3 attempts of trying to contact that number, I resorted to the email delivery option.

Please let me know if there is another delivery address, otherwise, I will presume that the email delivery is the new method of accepting summons.

Thank you,
Marissa Hernandez

---

**5 attachments**

- 📄 **D3 - Notice of Assignment.pdf**
  21K
- 📄 **D2 - Interested Parties.pdf**
  99K
- 📄 **D1 - Cover Sheet.pdf**
  101K
- 📄 **D1 - Complaint.pdf**
  455K
- 📄 **D6 - Summons.pdf**
  288K

**Marissa Hernandez** <missabellaj@gmail.com>	Thu, Jul 14, 2022 at 8:50 PM
To: Susan Schofield <susandschofield@gmail.com>, Cory Cabana <copa120663@gmail.com>

[Quoted text hidden]

**5 attachments**

 **D3 - Notice of Assignment.pdf**
21K

 **D2 - Interested Parties.pdf**
99K

 **D1 - Cover Sheet.pdf**
101K

 **D1 - Complaint.pdf**
455K

 **D6 - Summons.pdf**
288K

---

**Rimik Gholian** <gholir@dcfs.lacounty.gov>	Fri, Jul 15, 2022 at 8:19 AM
To: Marissa Hernandez <missabellaj@gmail.com>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Good Morning Ms. Hernandez,

We are only able to accept service of Summons and Complaint in person.  I will be in the office Tuesday, 07/19/2022, starting 8:00 a.m.,  Let's make a schedule to meet.

We need one separate summons for each employee with their name mentioned in the summons.

Best Regards,

Rimik Gholian

Office of Litigation Management

Dept. of Children & Family  Services

510 Vermont Avenue

Los Angeles, CA 90020

Phone: (213) 518-6654

Email: gholir@dcfs.lacounty.gov

**From:** Marissa Hernandez <missabellaj@gmail.com>
**Sent:** Thursday, July 14, 2022 8:50 PM
**To:** OLM <OLM@dcfs.lacounty.gov>
**Subject:** ATTN: Remik Gholian

CAUTION: External Email. Proceed Responsibly.

[Quoted text hidden]

---

**Marissa Hernandez** <missabellaj@gmail.com>                                       Fri, Jul 15, 2022 at 10:06 AM
To: Rimik Gholian <gholir@dcfs.lacounty.gov>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Hello Rimik,

This is what I had thought. However, I was sent across multiple buildings the other day and I did try to reach out by phone call but was reaching a busy tone.

I do have individual copies already ready to deliver as well. I can meet at 9:30 a.m. if this time works well for you?

Thank you in advance,
Marissa Hernandez

[Quoted text hidden]

---

**Rimik Gholian** <gholir@dcfs.lacounty.gov>                                         Fri, Jul 15, 2022 at 10:19 AM
To: Marissa Hernandez <missabellaj@gmail.com>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Hello,

Yes, it is very good time (9:30).  Please call me upon arrival in front of our building.  I will meet you at the Lobby.  This is our new building and we still working on getting used to it.

[Quoted text hidden]

---

**Marissa Hernandez** <missabellaj@gmail.com>                                       Fri, Jul 15, 2022 at 10:35 AM
To: Rimik Gholian <gholir@dcfs.lacounty.gov>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Perfection!

Just to clarify, did you mean the lobby on the 1st level or the Terrace level?
[Quoted text hidden]

---

**Rimik Gholian** <gholir@dcfs.lacounty.gov>                                         Fri, Jul 15, 2022 at 10:50 AM
To: Marissa Hernandez <missabellaj@gmail.com>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Yes! It means 9th level of the building. (I guess!).

[Quoted text hidden]

**Marissa Hernandez** <missabellaj@gmail.com>  Fri, Jul 15, 2022 at 4:12 PM
To: Rimik Gholian <gholir@dcfs.lacounty.gov>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Not a problem!

Actually, I forgot that I'm supposed to be in Fresno this Tuesday. Does Wednesday at the same time work for you?

[Quoted text hidden]

---

**Rimik Gholian** <gholir@dcfs.lacounty.gov>  Fri, Jul 15, 2022 at 4:21 PM
To: Marissa Hernandez <missabellaj@gmail.com>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Hello Ms. Hernandez,

How about Thursday, at the same time?

[Quoted text hidden]

---

**Marissa Hernandez** <missabellaj@gmail.com>  Fri, Jul 15, 2022 at 5:36 PM
To: Rimik Gholian <gholir@dcfs.lacounty.gov>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

On Thursdays I have a prior arrangement in the morning but I can be available after 1:30 P.M. if that time works for you?
[Quoted text hidden]

---

**Rimik Gholian** <gholir@dcfs.lacounty.gov>  Mon, Jul 18, 2022 at 7:39 AM
To: Marissa Hernandez <missabellaj@gmail.com>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Good Morning,

Yes, then make an arrangement for 2:30 p.m. on Thursday, July 21, 2022.  Please call me upon arrival to the building.

[Quoted text hidden]

---

**Marissa Hernandez** <missabellaj@gmail.com>  Mon, Jul 18, 2022 at 11:22 AM
To: Rimik Gholian <gholir@dcfs.lacounty.gov>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Perfection! I will see you then and call upon arrival.

Thank you
[Quoted text hidden]