1  **SUSAN SCHOFIELD**
2  25001 Magic Mountain Pkwy. #620
3  Valencia, CA. 91355
4  (661) 857-2120
5  **PLAINTIFF IN PRO PER**



6
7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA
9
10
11 | SUSAN SCHOFIELD, an individual,    | Case No: 2:22-cv-04332-JGB (AS)
12 |           Plaintiff,
13 |                                    | **PROOF OF SERVICE OF**
14 |      v.                            | **SUMMONS**
15 | COUNTY OF LOS ANGELES, et al.
16 |           Defendants.
17
18
19       I, Marissa Hernandez, am a citizen of the United States and reside
20 in Los Angeles County. I am over the age of eighteen and not a party to the
21 above-entitled action. My business address is 100 N. Barranca St., Suite 748,
22 West Covina, California. On July 21, 2022, I served the following documents
23 on Defendant BERNADETTE HENLEY, by personally serving the
24 defendant's place of employment:
25
26   **#1. :** Complaint for Violation of Civil Rights (Docket #1)
27   **#2. :** Certificate of No Interested Parties (Docket #2)
28   **#3. :** Civil Case Cover Sheet (Docket #1)

**#4. :** Summons in Civil Action (Docket #6)

**#5. :** Notice of Assignment to Hon. Jesus G. Bernal (Docket #3)

Defendant BERNADETTE HENLEY was served at the address and time indicated below.

**TIME OF DELIVERY**: 2:45 P.M.

**Received by**: Litigation Management Section, CSA Remik Gholian

510 S. Vermont Ave., Terrace Floor

Los Angeles, CA. 90020

Sworn under penalty of perjury pursuant to the laws of the State of California.

**DATED**: JULY 26, 2022

*/s/ Marissa Hernandez*

MARISSA HERNANDEZ

Susan Schofield v. County of Los Angeles, et al.   PG. 2   Case No: 2:22-cv-04332-JGB (AS)

PROOF OF SERVICE OF SUMMONS


Marissa Hernandez <missabellaj@gmail.com>

## ATTN: Remik Gholian
12 messages

**Marissa Hernandez** <missabellaj@gmail.com>                                   Thu, Jul 14, 2022 at 8:50 PM
To: olm@dcfs.lacounty.gov

Good evening,

This email is in regards to a summons in the California Central District Court for the following social workers for the Los Angeles Department of Children and Family Services:

JUDY THOMAS, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
KAREN LA, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
SANDRA CHAVEZ, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
WENDY CONTRERAS, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
JULIET MACIAS, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
LINDA FLORES, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
VERONICA BETANCOURT-PAREZ, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
ARNESHA ALLEN, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services;
BERNADETTE HENLEY, individually and in her official capacity as a social worker for the Los Angeles County Department of Children and Family Services

I was informed by Ester C. (213-351-5507) from the 10th floor of 510 S. Vermont Ave. Los Angeles, CA.. 90020 that the new method of receiving summons was through email on July 11, 2021.

I did also receive a contact number to reach Remik Gholian which was the number: 213-351-5554. However, after 3 attempts of trying to contact that number, I resorted to the email delivery option.

Please let me know if there is another delivery address, otherwise, I will presume that the email delivery is the new method of accepting summons.

Thank you,
Marissa Hernandez

**5 attachments**

- **D3 - Notice of Assignment.pdf**
  21K
- **D2 - Interested Parties.pdf**
  99K
- **D1 - Cover Sheet.pdf**
  101K
- **D1 - Complaint.pdf**
  455K
- **D6 - Summons.pdf**
  288K

**Marissa Hernandez** <missabellaj@gmail.com>	Thu, Jul 14, 2022 at 8:50 PM
To: Susan Schofield <susandschofield@gmail.com>, Cory Cabana <copa120663@gmail.com>

[Quoted text hidden]

**5 attachments**


**D3 - Notice of Assignment.pdf**
21K


**D2 - Interested Parties.pdf**
99K


**D1 - Cover Sheet.pdf**
101K


**D1 - Complaint.pdf**
455K


**D6 - Summons.pdf**
288K

---

**Rimik Gholian** <gholir@dcfs.lacounty.gov>	Fri, Jul 15, 2022 at 8:19 AM
To: Marissa Hernandez <missabellaj@gmail.com>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Good Morning Ms. Hernandez,

We are only able to accept service of Summons and Complaint in person.  I will be in the office Tuesday, 07/19/2022, starting 8:00 a.m.,  Let's make a schedule to meet.

We need one separate summons for each employee with their name mentioned in the summons.

Best Regards,

Rimik Gholian

Office of Litigation Management

Dept. of Children & Family  Services

510 Vermont Avenue

Los Angeles, CA 90020


Phone: (213) 518-6654

Email: gholir@dcfs.lacounty.gov

**From:** Marissa Hernandez <missabellaj@gmail.com>
**Sent:** Thursday, July 14, 2022 8:50 PM
**To:** OLM <OLM@dcfs.lacounty.gov>
**Subject:** ATTN: Remik Gholian

CAUTION: External Email. Proceed Responsibly.

[Quoted text hidden]

---

**Marissa Hernandez** <missabellaj@gmail.com>  Fri, Jul 15, 2022 at 10:06 AM
To: Rimik Gholian <gholir@dcfs.lacounty.gov>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Hello Rimik,

This is what I had thought. However, I was sent across multiple buildings the other day and I did try to reach out by phone call but was reaching a busy tone.

I do have individual copies already ready to deliver as well. I can meet at 9:30 a.m. if this time works well for you?

Thank you in advance,
Marissa Hernandez

[Quoted text hidden]

---

**Rimik Gholian** <gholir@dcfs.lacounty.gov>  Fri, Jul 15, 2022 at 10:19 AM
To: Marissa Hernandez <missabellaj@gmail.com>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Hello,

Yes, it is very good time (9:30). Please call me upon arrival in front of our building. I will meet you at the Lobby. This is our new building and we still working on getting used to it.

[Quoted text hidden]

---

**Marissa Hernandez** <missabellaj@gmail.com>  Fri, Jul 15, 2022 at 10:35 AM
To: Rimik Gholian <gholir@dcfs.lacounty.gov>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Perfection!

Just to clarify, did you mean the lobby on the 1st level or the Terrace level?
[Quoted text hidden]

---

**Rimik Gholian** <gholir@dcfs.lacounty.gov>  Fri, Jul 15, 2022 at 10:50 AM
To: Marissa Hernandez <missabellaj@gmail.com>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Yes! It means 9th level of the building. (I guess!).

[Quoted text hidden]

**Marissa Hernandez** <missabellaj@gmail.com>  Fri, Jul 15, 2022 at 4:12 PM
To: Rimik Gholian <gholir@dcfs.lacounty.gov>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Not a problem!

Actually, I forgot that I'm supposed to be in Fresno this Tuesday. Does Wednesday at the same time work for you?

[Quoted text hidden]

---

**Rimik Gholian** <gholir@dcfs.lacounty.gov>  Fri, Jul 15, 2022 at 4:21 PM
To: Marissa Hernandez <missabellaj@gmail.com>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Hello Ms. Hernandez,

How about Thursday, at the same time?

[Quoted text hidden]

---

**Marissa Hernandez** <missabellaj@gmail.com>  Fri, Jul 15, 2022 at 5:36 PM
To: Rimik Gholian <gholir@dcfs.lacounty.gov>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

On Thursdays I have a prior arrangement in the morning but I can be available after 1:30 P.M. if that time works for you?

[Quoted text hidden]

---

**Rimik Gholian** <gholir@dcfs.lacounty.gov>  Mon, Jul 18, 2022 at 7:39 AM
To: Marissa Hernandez <missabellaj@gmail.com>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Good Morning,

Yes, then make an arrangement for 2:30 p.m. on Thursday, July 21, 2022.  Please call me upon arrival to the building.

[Quoted text hidden]

---

**Marissa Hernandez** <missabellaj@gmail.com>  Mon, Jul 18, 2022 at 11:22 AM
To: Rimik Gholian <gholir@dcfs.lacounty.gov>
Cc: "Christina Lee (GARM Administration)" <leecs@dcfs.lacounty.gov>

Perfection! I will see you then and call upon arrival.

Thank you
[Quoted text hidden]