Jon F. Monroy, SBN 51175
Jennifer E. Gysler, SBN 143449
MONROY, AVERBUCK & GYSLER
200 N. Westlake Blvd., Ste 204
Westlake Village, CA 91362
(818) 400-4812

Attorneys for Defendant, COUNTY OF LOS ANGELES;

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, an individual, <br><br> Plaintiffs, <br> vs. <br> COUNTY OF LOS ANGELES, et al. <br><br> Defendants. | Case No.: 2:22-CV-04332-JGB (AS) <br><br> ANSWER TO COMPLAINT BY DEFENDANT COUNTY OF LOS ANGELES; REQUEST FOR JURY TRIAL |

COMES NOW, Defendant COUNTY OF LOS ANGELES and hereby answer each allegation against it, in Plaintiff's Complaint, as follows:

1.    In response to Paragraph 1 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

2.    In response to Paragraph 2 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

3.      In response to Paragraph 3 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

4.      In response to Paragraph 4 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

5.      In response to Paragraph 5 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

6.      In response to Paragraph 6 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

7.      In response to Paragraph 7 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

8.      In response to Paragraph 8 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

9.      In response to Paragraph 9 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

10.    In response to Paragraph 10 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

11.    In response to Paragraph 11 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

12.    In response to Paragraph 12 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

Answer to Complaint

- 2

13.     In response to Paragraph 13 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

14.     In response to Paragraph 14 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

15.     In response to Paragraph 15 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

16.     In response to Paragraph 16 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

17.     In response to Paragraph 17 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

18.     In response to Paragraph 18 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

19.     In response to Paragraph 19 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

20.     In response to Paragraph 20 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

21.     In response to Paragraph 21 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

22.     In response to Paragraph 22 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

23.    In response to Paragraph 23 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

24.    In response to Paragraph 24 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

25.    In response to Paragraph 25 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

26.    In response to Paragraph 26 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

27.    In response to Paragraph 27 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

28.    In response to Paragraph 28 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

29.    In response to Paragraph 29 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

30.    In response to Paragraph 30 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

31.    In response to Paragraph 31 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

32.    In response to Paragraph 32 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

33.     In response to Paragraph 33 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

34.     In response to Paragraph 34 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

35.     In response to Paragraph 35 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

36.     In response to Paragraph 36 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

37.     In response to Paragraph 37 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

38.     In response to Paragraph 38 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

39.     In response to Paragraph 39 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

40.     In response to Paragraph 40 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

41.     In response to Paragraph 41 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

42.     In response to Paragraph 42 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

Answer to Complaint

43.     In response to Paragraph 43 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

44.     In response to Paragraph 44 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

45.     In response to Paragraph 45 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

46.     In response to Paragraph 46 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

47.     In response to Paragraph 47 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

48.     In response to Paragraph 48 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

49.     In response to Paragraph 49 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

50.     In response to Paragraph 50 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

51.     In response to Paragraph 51 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

52.     In response to Paragraph 52 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

53.     In response to Paragraph 53 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

54.     In response to Paragraph 54 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

55.     In response to Paragraph 55 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

56.     In response to Paragraph 56 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

57.     In response to Paragraph 57 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

58.     In response to Paragraph 58 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

59.     In response to Paragraph 59 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

60.     In response to Paragraph 60 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

61.     In response to Paragraph 61 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

62.     In response to Paragraph 62 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

Answer to Complaint

63.    In response to Paragraph 63 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

64.    In response to Paragraph 64 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

65.    In response to Paragraph 65 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

66.    In response to Paragraph 66 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

67.    In response to Paragraph 67 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

68.    In response to Paragraph 68 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

69.    In response to Paragraph 69 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

70.    In response to Paragraph 70 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

71.    In response to Paragraph 71 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

72.    In response to Paragraph 72 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

73.     In response to Paragraph 73 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

74.     In response to Paragraph 74 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

75.     In response to Paragraph 75 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

76.     In response to Paragraph 76 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

77.     In response to Paragraph 77 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

78.     In response to Paragraph 78 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

79.     In response to Paragraph 79 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

80.     In response to Paragraph 80 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

81.     In response to Paragraph 81 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

82.     In response to Paragraph 82 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

Answer to Complaint

83.     In response to Paragraph 83 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

84.     In response to Paragraph 84 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

85.     In response to Paragraph 85 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

86.     In response to Paragraph 86 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

87.     In response to Paragraph 87 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

88.     In response to Paragraph 88 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

89.     In response to Paragraph 89 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

90.     In response to Paragraph 90 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

91.     In response to Paragraph 91 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

92.     In response to Paragraph 92 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

Answer to Complaint

93.   In response to Paragraph 93 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

94.   In response to Paragraph 94 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

95.   In response to Paragraph 95 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

96.   In response to Paragraph 96 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

97.   In response to Paragraph 97 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

98.   In response to Paragraph 98 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

99.   In response to Paragraph 99 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

100.   In response to Paragraph 100 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

101.   In response to Paragraph 101 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

102.   In response to Paragraph 102 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

103.   In response to Paragraph 103 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

104.   In response to Paragraph 104 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

105.   In response to Paragraph 105 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

106.   In response to Paragraph 106 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

107.   In response to Paragraph 107 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

108.   In response to Paragraph 108 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

109.   In response to Paragraph 109 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

110.   In response to Paragraph 110 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

111.   In response to Paragraph 111 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

112.   In response to Paragraph 112 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

113.   In response to Paragraph 113 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

114.   In response to Paragraph 114 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

115.   In response to Paragraph 115 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

116.   In response to Paragraph 116 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

117.   In response to Paragraph 117 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

118.   In response to Paragraph 118 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

119.   In response to Paragraph 119 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

120.   In response to Paragraph 120 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

121.   In response to Paragraph 121 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

122.   In response to Paragraph 122 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

123.   In response to Paragraph 123 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

124.   In response to Paragraph 124 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

125.   In response to Paragraph 125 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

126.   In response to Paragraph 126 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

127.   In response to Paragraph 127 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

128.   In response to Paragraph 128 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

129.   In response to Paragraph 129 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

130.   In response to Paragraph 130 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

131.   In response to Paragraph 131 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

132.   In response to Paragraph 132 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

Answer to Complaint

133.    In response to Paragraph 133 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

134.    In response to Paragraph 134 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

135.    In response to Paragraph 135 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

136.    In response to Paragraph 136 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

137.    In response to Paragraph 137 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

138.    In response to Paragraph 138 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

139.    In response to Paragraph 139 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

140.    In response to Paragraph 140 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

141.    In response to Paragraph 141 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

142.    In response to Paragraph 142 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

Answer to Complaint

143.   In response to Paragraph 143 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

In addition to the preceding Answers and/or Responses to the specific allegations in Plaintiffs' Complaint, Defendants further raise the following affirmative defenses:

<u>FIRST AFFIRMATIVE DEFENSE</u>

<u>FAILURE TO STATE A CAUSE OF ACTION</u>

Defendants hereby allege that the Complaint herein fails to state facts sufficient to constitute a cause of action against these defendants; or, in the alternative, that this action should be dismissed under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

<u>SECOND AFFIRMATIVE DEFENSE</u>

<u>DEFENSE OF LIMITATIONS</u>

As a further, separate and affirmative defense to Plaintiffs' Complaint, and each cause of action thereof, Defendants allege that the time alleged in said complaint demonstrates that this action was not brought within the requisite statutory period.

## THIRD AFFIRMATIVE DEFENSE

## PLAINTIFFS' CONTRIBUTORY NEGLIGENCE

As a further, separate and affirmative defense to Plaintiffs' Complaint, and each cause of action thereof, Defendants allege that damages sustained by Plaintiffs if any, were legally caused and/or contributed to by Plaintiffs' own acts, omissions, negligence and/or failure to take reasonable and necessary actions to eliminate, mitigate, lessen, reduce and/or minimize such damages, thus barring or reducing Plaintiffs' recovery.

## FOURTH AFFIRMATIVE DEFENSE

## ACTIONS OF OTHERS

As a further, separate and affirmative defense to Plaintiffs' Complaint, and each cause of action thereof, Defendants allege that the injuries alleged by Plaintiffs, if any, were legally caused by the negligence and/or conduct of other persons or entities, and these Answering Defendants request that an allocation of such negligence and liability be made among other persons or entities, and that if any liability is found on the part of these Answering Defendants, judgment against said Defendants only be in the amount which is proportionate to the extent and percentage by which these Answering Defendants' actual omission contributed to Plaintiffs' injuries or damages.

## FIFTH AFFIRMATIVE DEFENSE

## ASSUMPTION OF THE RISK

As a further, separate and affirmative defense to Plaintiffs' Complaint and each cause of action thereof, Defendants allege that Plaintiffs knowingly and voluntarily assumed the risk of the conduct, events and matter alleged in the subject complaint, and any injuries or damages sustained by Plaintiffs was the sole, exclusive and legal result of risks so assumed, thereby barring or reducing Plaintiffs' recovery herein.

## SIXTH AFFIRMATIVE DEFENSE

## NOT IN SCOPE OF EMPLOYMENT

As a further, separate and affirmative defense to Plaintiffs' Complaint and each of action thereof, Defendants allege, without admitting any facts contained within the subject complaint, the individuals identified by Plaintiffs as involved in the alleged improper conduct were not acting within the course and scope of any employment or agency with these Answering Defendants at the time of the subject incident(s) and, therefore, these Answering Defendants are not responsible nor liable for the alleged wrongful conduct.

## SEVENTH AFFIRMATIVE DEFENSE

## FAILURE TO MITIGATE DAMAGES

As a further, separate and affirmative defense to Plaintiffs' Complaint and each cause of action thereof, Defendants allege that Plaintiffs are barred from recovery herein, in whole or in part, by reason of their failure to mitigate damages.

## EIGHTH AFFIRMATIVE DEFENSE

## AUTHORIZED CONDUCT

As a further, separate and affirmative defense to Plaintiffs' Complaint and each cause of action thereof, Defendants allege that, pursuant to California <u>Welfare and Institutions Code</u>, Sections 300, 305, 307 and 309, the actions of these Answering Defendants were reasonable, proper, authorized and lawful.

## NINTH AFFIRMATIVE DEFENSE

## IMMUNITY

As a further, separate and affirmative defense to Plaintiffs' Complaint and each cause of action thereof, Defendants allege that, pursuant to California <u>Government Code</u>, Sections 815, 815.2, 815.6, 820.2, 820.4, 821.4, these Answering Defendants are immune from liability, and the actions of these Answering Defendants were reasonable, proper, authorized and lawful.

## TENTH AFFIRMATIVE DEFENSE

## IMMUNITY

As a further, separate and affirmative defense to Plaintiffs' Complaint and each cause of action thereof, Defendants allege that, pursuant to Federal and State

law and decisional authority, including <u>Meyers v. Contra Costa County</u>

<u>Department of Social Services</u> 812 F.2d 1154, (9th Cir. 1987), it is immune from

the claims, causes of action and allegations of plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

## IMMUNITY

As a further, separate and affirmative defense to Plaintiffs' Complaint, and

each cause of action thereof, Defendants allege, that pursuant to Federal and State

statutory and decisional authority, including California <u>Government Code</u>, Section

820.2;  <u>F.E. Trotter, Inc. v. Watkins</u> (9th Cir. 1989) 869 F.2d 1312, 1314; <u>Harlow v.</u>

<u>Fitzgerald</u> (1982) 457 U.S. 800, 818, 102 S.Ct. 2727, 2738, 73 L.Ed.2d 396;

<u>Imbler v. Pachtman</u> (1976) 424 U.S. 409; <u>Gensburg v. Miller</u> (1994) 31

Cal.App.4[th] 512; <u>Butz v. Economou</u> (1978) 438 U.S. 478; <u>Demery v. Kupperman</u>

(9th Cir. 1984) 735 F.2d 1139;  <u>Becerra v. County of Santa Cruz</u> (1999) 68

Cal.App.4[th] 1450, 81 Cal.Rptr.2d 165, citing <u>Ronald S. v. County of San Diego</u>

(1993) 16 Cal.App.4[th] 887, 898, it is immune from the claims, causes of action and

allegations by plaintiffs.

## TWELFTH AFFIRMATIVE DEFENSE

## NO LIABILITY FOR PUNITIVE DAMAGES

As a further, separate and affirmative defense to Plaintiffs' Complaint and

each cause of action thereof, Defendants allege that, pursuant to California

Answer to Complaint

<u>Government Code</u>, Section 818, these answering Defendants cannot be liable for punitive and/or exemplary damages pursuant to California <u>Civil Code,</u> Section 3294 and applicable Federal Law and decisional authority.

THIRTEENTH AFFIRMATIVE DEFENSE

LACK OF EVIDENCE JUSTIFYING PUNITIVE DAMAGES

As a further, separate and affirmative defense to Plaintiffs' Complaint and each cause of action thereof, Defendants allege that any of Defendants' conduct, actions and/or omissions as alleged by Plaintiffs fails to meet the definitional standards of "malice," "oppression," and/or "fraud" pursuant to California <u>Civil Code</u>, Section 3294, to justify an award of punitive and/or exemplary damages. Further, Defendants allege that Plaintiffs' Complaint fails to meet a clear and convincing burden of proof to justify an award of punitive and/or exemplary damages against these Answering Defendants, as required by California <u>Civil Code</u>, Section 3294, and applicable Federal Law and decisional authority.

FOURTEENTH AFFIRMATIVE DEFENSE

ABSTENTION

As a further, separate affirmative defense to plaintiffs' Complaint, and each cause of action thereof, defendant asserts this Court should abstain from jurisdiction of this matter due to ongoing state court proceedings.

FIFTEENTH AFFIRMATIVE DEFENSE

Answer to Complaint

## COLLATERAL ESTOPPEL

As a further, separate affirmative defense to plaintiffs' Complaint, and each cause of action thereof, defendants assert that plaintiff is collaterally estopped from pursuing this action, based on the rulings / findings of the dependency court and/or the court of appeal relative to those proceedings.

WHEREFORE, these Answering Defendants pray for judgment as follows:

1.   That Plaintiff take nothing by this action;

2.   That this action be dismissed;

3.   That Defendant be awarded its costs of suit herein; and,

4.   For such other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. Section 1988, and that if this Answering Defendant is found liable, the degree of responsibility and liability for the resulting damage be determined so that Defendant may be held liable only for that portion of the total damage in proportion to its liability for same.

DATED:  August 3, 2022               MONROY, AVERBUCK & GYSLER


_Jennifer E. Gysler_____.
JON F. MONROY
JENNIFER E. GYSLER
Attorneys for Defendants
COUNTY OF LOS ANGELES,

Answer to Complaint

## REQUEST FOR JURY TRIAL

Defendants hereby request a Trial by jury.

DATED:  August 3, 2022                    MONROY, AVERBUCK & GYSLER


_Jennifer E. Gysler_              .
JON F. MONROY
JENNIFER E. GYSLER
Attorneys for Defendant
COUNTY OF LOS ANGELES

**PROOF OF SERVICE**
**STATE OF CALIFORNIA – COUNTY OF LOS ANGELES**
**CCP 1013(A)**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 200 Lindero Canyon Road, Suite 204, Westlake Village, CA 91362.

On August 4, 2022, I caused to be served the foregoing document described as on the interested parties in this action as follows:

ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

[ ] **By telecopier:**  By transmitting an accurate copy via telecopy to the person and telephone number as follows:

[ x ] by placing [   ] the original  [   ] a true copy thereof enclosed in sealed envelopes addressed as follows:

Susan Schofield
25001 Magic Mountain Pkwy, #620
Valencia, CA 91355

[] per ECF System

[ X ] **BY MAIL:**

[   ]   I deposited such envelope in the mail at Westlake Village, California.  The envelope was mailed with postage thereon fully prepaid.

[ X ] As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Westlake Village, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[   ]   **BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand, to addressee or offices of addressee.

[X]   **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[]   **(FEDERAL)**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

**Executed on August 4, 2022, at Westlake Village, California.**

Jennifer Gysler            *Jennifer Gysler*            .

Answer to Complaint

- 24