1  Jon F. Monroy, SBN 51175
2  Jennifer E. Gysler, SBN 143449
   MONROY, AVERBUCK & GYSLER
3  200 N. Westlake Blvd., Ste 204
   Westlake Village, CA 91362
4  (818) 400-4812

5  Attorneys for Defendant, COUNTY OF LOS ANGELES;

6

7                UNITED STATES DISTRICT COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9

10 SUSAN SCHOFIELD, an individual,    ) Case No.: 2:22-CV-04332-JGB (AS)
                                      )
11         Plaintiffs,                ) NOTICE OF INTERESTED PARTIES
                                      )
12     vs.                            )
                                      )
13 COUNTY OF LOS ANGELES, et al.      )
                                      )
14         Defendants.                )
                                      )
15                                    )
                                      )
16 _____)

17

18     TO THE HONORABLE COURT:

19     The undersigned, counsel of record for defendant, COUNTY OF LOS

20 ANGELES certifies that the following listed parties have a direct, pecuniary

21 interest in the outcome of this case:  COUNTY OF LOS ANGELES,

22
23 DEPARTMENT OF CHILDREN & FAMILY SERVICES  These representations

24 are made to enable the Court to evaluate possible disqualifications or recusal.

25

Notice of Interested Parties

- 1

DATED: August 3, 2022        MONROY, AVERBUCK & GYSLER

                 *Jennifer E. Gysler* .
JON F. MONROY
JENNIFER E. GYSLER
Attorneys for Defendant
COUNTY OF LOS ANGELES

# PROOF OF SERVICE
## STATE OF CALIFORNIA – COUNTY OF LOS ANGELES
### CCP 1013(A)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 200 Lindero Canyon Road, Suite 204, Westlake Village, CA 91362.

On August 4, 2022, I caused to be served the foregoing document described as on the interested parties in this action as follows:

NOTICE OF INTERESTED PARTIES

[ ] **By telecopier:** By transmitting an accurate copy via telecopy to the person and telephone number as follows:

[ x ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

Susan Schofield
25001 Magic Mountain Pkwy, #620
Valencia, CA 91355

[] per ECF System
[ X ] **BY MAIL:**
[ ]   I deposited such envelope in the mail at Westlake Village, California. The envelope was mailed with postage thereon fully prepaid.
[ X ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Westlake Village, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
 [ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand, to addressee or offices of addressee.
[X]    **(STATE)**    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[ ]    **(FEDERAL)**    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

**Executed on August 4, 2022, at Westlake Village, California.**

Jennifer Gysler            *Jennifer Gysler*            .