UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-04332-JGB (AS) | Date | August 22, 2022 |
|---|---|---|---|
| Title | Susan Schofield v. County of Los Angeles, et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):** **ORDER REQUIRING RESPONSE TO MOTION TO DISMISS (Dkt. No. 39)**

On June 23, 2022, Plaintiff Susan Schofield, a California resident proceeding *pro se*, filed a Complaint pursuant to 42 U.S.C. Section 1983. (Dkt. No. 1). On August 5, 2022, Defendant Laura Menke filed a motion to dismiss the Complaint and a Request for Judicial Notice. (Dkt. No. 39). **Plaintiff is ORDERED to file a Response to the motion to dismiss no later than September 12, 2022.** Defendant Menke may file an optional reply no later than fourteen days after the filing of Plaintiff's responsive pleading. The Court will take the motion under submission upon the filing of Defendant's Reply or on the day after it is due.

<u>Plaintiff is warned that her failure to timely file an Opposition or statement of no opposition may be deemed as consent to the granting of the motion. See Local Rule 7-12.</u>

**IT IS SO ORDERED.**

cc: Jesus G. Bernal
United States District Judge

Initials of Preparer    AF    0 : 00