**SUSAN SCHOFIELD**

25001 Magic Mountain Pkwy. #620

Valencia, CA. 91355

(661) 857-2120

**PLAINTIFF IN PRO PER**



FILED
CLERK, U.S. DISTRICT COURT
AUGUST 18, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AF___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>Defendants. | Case No: 2:22-cv-04332-JGB (AS)<br><br>**NOTICE OF ERRATA**<br><br>Judge: Hon. Jesus G Bernal |

1.  I, Susan Schofield ("Plaintiff"), file this **NOTICE OF ERRATA** in response to the Proof of Service filed on July 15, 2022 (Docket No. 7) and July 27, 2022 (Docket No. 18) upon Defendant Judy Thomas.

2.  Upon information and belief, Defendant Social Workers, including Defendant Judy Thomas was accepting Summons in a Civil Case filing through e-mail service as directed by staff member of the Department of Children and Family Services ("DCFS"), Ester C. on July 11, 2022. (See page 3 of Docket No. 19-26). For these reasons, Plaintiff filed Proof of Service upon Defendant Judy Thomas on July 15, 2022.

Susan Schofield  v. County of Los Angeles, et al.   PG. 1   Case No: 2:22-cv-04332-JGB (AS)

NOTICE OF ERRATA

3.      This resulted in further communication by DCFS staff member, Remik Gholian. (See Id. page 4) on July 15, 2022 she arranged an in-person meeting at 510 S. Vermont Ave., Terrace Floor, Los Angeles, CA. 90020. However, Miss Gholian refused to receive proof of service for Defendant Thomas because she is no longer employed with DCFS. Miss Gholian also refused to provide a forwarding address. (See Docket No. 18 at 2:13-14).

4.      Plaintiff filed Docket No.18 on July 27, 2022 while under the belief that the Judy Thomas located was the same as *Defendant* Judy Thomas. However, the manager of the Judy Thomas that the document was mailed to stated this was not the same Judy Thomas.

5.      On August 18, 2022, Plaintiff met and conferred with Defendants' counsel in an informal Notice of Subpoena to release the identifying information on file that may lead to a Summons upon Defendant Judy Thomas. At this time, both parties are working together diligently to resolve this issue.

6.      This Notice of Errata is to provide notice to this Court that Defendant Judy Thomas has not been summoned in this Court yet, unless it turns out that the Judy Thomas served in Docket No.18 is the same individual as Defendant Judy Thomas.

SUSAN SCHOFIELD

PRO SE LITIGANT

DATED: AUGUST 18, 2022

_（signature）_

SUSAN SCHOFIELD

PRO SE LITIGANT

Susan Schofield v. County of Los Angeles, et al.   PG. 2   Case No: 2:22-cv-04332-JGB (AS)

NOTICE OF ERRATA