1  SUSAN SCHOFIELD
2  25001 Magic Mountain Pkwy. #620
3  Valencia, CA. 91355
4  (661) 857-2120
5  PLAINTIFF IN PRO PER



FILED
CLERK, U.S. DISTRICT COURT
SEPTEMBER 22, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AF___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>Defendants. | Case No: 2:22-cv-04332-JGB (AS)<br><br>**REQUEST FOR EXTENSION** |

1. I, Susan Schofield, am the Plaintiff in this case.

2. I respectfully request an extension of time to: (1) file an Object to the Report and Recommendation relating to Docket No. 46, issued on September 14, 2022; and (2) issue Summons on Defendant Judy Thomas.

3. The above-referenced document(s) is/are currently due on: (1) September 28, 2022 as to filing and responding to the Objection to the Report and Recommendation relating to Docket No. 46; and (2) the

Susan Schofield v. County of Los Angeles, et al.   PG. 1   Case No: 2:22-cv-04332-JGB (AS)

REQUEST FOR ADMISSION

1  Summons on Defendant Judy Thomas is believed to be due October 2, 2022.
2     4.  I have received ZERO prior extensions to this case.
3     5.  This extension is necessary because I am a pro se litigant and: (1) I need more time to do research on my case as to filing an Object to the Report and Recommendation relating to Docket No. 46; and (2) I need more time to write my document as to filing an Object to the Report and Recommendation relating to Docket No. 46.
     6.  In regard to the extension request for the Summons of Defendant Thomas, I have made two attempts to issue Summons on Defendant Judy Thomas. On August 18, 2022, I spoke with county counsel in a procedure to release information that would result in a location of Defendant Thomas. On this date, county counsel informed me that she would speak with her client in working together in the completion of service. In the alternative, county counsel explained that the most effective way in retrieving the relevant information to conduct a location of Defendant Thomas would be to send her an interrogatory directed to the County. County counsel stated that we should have more answers within a week or so. On August 26, 2022 I followed up by email without answer. On September 6, 2022 I followed up by phone call without answer. Again, I followed up on September 19, 2022 by phone call without answer and left a voicemail. For these reasons, I request this Court to grant my 30-day extension from the time discovery begins to complete paragraph 5(2) of this filing.
     7.  In regard to the extension request for an Object to the Report and Recommendation relating to Docket No. 46, I believe I was misguided in my understanding of the filing in my opposition (Docket No. 43) as further defined in my Opposition. Prior to the filing of this case, I became familiar with this Court's rules and procedures, however, I was not expecting, nor did I think it was possible for an instant dismissal without leave to amend.

Susan Schofield  v. County of Los Angeles, et al.   PG. 2    Case No: 2:22-cv-04332-JGB (AS)

REQUEST FOR ADMISSION

I was also unaware that I could supply new factual allegations as to the Opposition defining the reasoning this Court issued in Docket No. 46. I am not familiar with the process of objecting to the report due to my misunderstanding of these two procedures. For these reasons, I request this Court to grant my 60-day extension from the time this Court issues its Orders for this Request to complete paragraph 5(1) of this filing.

SUSAN SCHOFIELD

PRO SE LITIGANT

DATED: SEPTEMBER 21, 2022

*/s/ Susan Schofield*

SUSAN SCHOFIELD

PRO SE LITIGANT

Susan Schofield v. County of Los Angeles, et al.   PG. 3   Case No: 2:22-cv-04332-JGB (AS)

REQUEST FOR ADMISSION