1  **SUSAN SCHOFIELD**
2  25001 Magic Mountain Pkwy. #620
3  Valencia, CA. 91355
4  (661) 857-2120
5  **PLAINTIFF IN PRO PER**
6
7  # UNITED STATES DISTRICT COURT
8  # CENTRAL DISTRICT OF CALIFORNIA
9
10
11  SUSAN SCHOFIELD, an individual,    Case No: 2:22-cv-04332-JGB (AS)
12            Plaintiff,
13                                     **(PROPOSED) ORDER GRANTING**
14       v.
                                       **REQUEST FOR EXTENSION**
15  COUNTY OF LOS ANGELES, et al.
16            Defendants.
17
18
19
20  /
21  /
22  /
23  /



**LODGED**
**CLERK, U.S. DISTRICT COURT**

SEPTEMBER 22, 2022

**CENTRAL DISTRICT OF CALIFORNIA**
**BY: _____ AF _____ DEPUTY**

24  /
25  /
26  /
27  /
28  /

Susan Schofield v. County of Los Angeles, et al.   PG. 1   Case No: 2:22-cv-04332-JGB (AS)

**(PROPOSED) ORDER**

Having considered Plaintiff's Request,

IT IS HEREBY ORDERED that the Request for Extension of Time is GRANTED.

1. Plaintiff has 60 days from the date of this order to file an Object to the Report and Recommendation relating to Docket No. 46, issued on September 14, 2022
2. Plaintiff has 30 days from the time Discovery begins to issue Summons on Defendant Judy Thomas.

**DATED**: _____     **SIGNED:** _____

**HON.:** _____

Susan Schofield v. County of Los Angeles, et al.   PG. 2     Case No: 2:22-cv-04332-JGB (AS)

(PROPOSED) ORDER