1
2
3    ***NOTE CHANGES MADE BY THE COURT\***
4
5
6
7                    # UNITED STATES DISTRICT COURT
8                    # CENTRAL DISTRICT OF CALIFORNIA
9
10
11   SUSAN SCHOFIELD, an individual,    | Case No: 2:22-cv-04332-JGB (AS)
12                  Plaintiff,
13                                      | **(PROPOSED) ORDER GRANTING**
14           v.                         | **REQUEST FOR EXTENSION**
15   COUNTY OF LOS ANGELES, et al.
16                  Defendants.
17
18
19
20  /
21  /
22  /
23  /
24  /      
25  /
26
27  /
28  /

Susan Schofield v. County of Los Angeles, et al.   PG. 1     Case No: 2:22-cv-04332-JGB (AS)

(PROPOSED) ORDER

Having considered Plaintiff's Request,

IT IS HEREBY ORDERED that the Request for Extension of Time is GRANTED.

1. Plaintiff has 60 days from the date of this order to file Objections to the Report and Recommendation relating to Docket No. 46, issued on September 14, 2022.

2. Plaintiff must serve a summons on Defendant Judy Thomas no later than 30 days from the date of this Order.

DATED: September 22, 2022

/ s / Sagar
Honorable Alka Sagar
United States Magistrate Judge