## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Susan Schofield,

PLAINTIFF(S)

v.

County of Los Angeles

DEFENDANT(S).

CASE NUMBER:

CV22-04332-JGB (AS)

**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT**

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 10/3/2022 | 50 | Motion to Compel |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

   - The hearing on Plaintiff Motion to Compel (Docket No. 50), scheduled for October 3, 2022, is taken off calendar. This matter is appropriate for resolution without hearing pursuant to Fed. R. Civ. P. 78; L.R. 7-15, and will stand submitted on the papers timely filed. If the Court subsequently concludes that a hearing is necessary, it will be rescheduled.

   - Refer to Judge Sagar's Procedures and Schedules  www.cacd.uscourts.gov/honorable-alka-sagar

Dated: _____10/4/2022_____

By: _____/ s / Sagar_____
Honorable Alka Sagar
U.S. Magistrate Judge