**SUSAN SCHOFIELD**

25001 Magic Mountain Pkwy. #620

Valencia, CA. 91355

(661) 857-2120

**PLAINTIFF IN PRO PER**



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, an individual, Plaintiff, v. COUNTY OF LOS ANGELES, et al. Defendants. | Case No: 2:22-cv-04332-JGB (AS) **REQUEST FOR EXTENSION** |

1. I, Susan Schofield, am the Plaintiff in this case.

2. I respectfully request an extension of time to: issue Summons on Defendant Judy Thomas in connection with the extension of time filed on September 22, 2022 (Docket No. 48).

3. The above-referenced document(s) is/are currently due on: October 22, 2022 as ordered on September 22, 2022 (Docket No. 49).

4. I have received ONE prior extensions to this case.

Susan Schofield v. County of Los Angeles, et al.   PG. 1   Case No: 2:22-cv-04332-JGB (AS)

REQUEST FOR EXTENSION

5. This extension is necessary because I am a pro se litigant and: (1) I have been unable to serve Defendant Judy Thomas ("Defendant Thomas").

6. I have made three attempts of serving Defendant Thomas as further elaborated in my filed Notice of Errata (See Docket No. 44, ¶ 2-4).

7. In addition, I have made further attempts to serve Defendant Thomas by paying a process servicer and reaching out directly to county counsel to acquire additional information that would be necessary to locate Defendant Thomas between August 3, 2022 and September 19, 2022. (See Docket No. 50, "Motion for Order to Compel" at ¶ 5-8).

8. In an attempt to file a Motion to Compel to retrieve Defendant Thomas' last known address, I filed a TRO with the Motion to Compel on October 3, 2022 which was denied on October 7, 2022. (Docket No. 54).

9. On October 12, 2022, I sent a notice to Defendant County's Counsel of a TRO to be filed to release the last known address of Defendant Thomas. (See **Exhibit A**). On that same day, I received a notice back from County Counsel stating that she had the last known address but that she was out of state and had asked her office to send it so that she could provide me with the address.

10. On October 15, 2022, County counsel responded back to me with Defendant Thomas' address.

11. With this new information, I was able to determine that the last known address for Defendant Thomas was sold on or around June 13, 2022.

12. The only known forwarding address that has been identified appears to be the mother and father of Defendant Thomas in the state of Oregon, but it also appears that Defendant Thomas may still be residing in the state of California.

13. Through the new information of the last known address, I was able to determine what appears to be Defendant Thomas' current cell phone

number and email address.

14. On October 15, 2022, Marissa Hernandez ("Marissa") who was able to successfully serve the remaining defendants of this case, called the cell phone number of what appears to belong to Defendant Thomas. On this call, no individual answered the phone.

15. Shortly after, Marissa sent a text message at 11:03 a.m. to the number stating, "Hello Judy! My name is Marissa Hernandez. I have a court summons that I need to deliver to you regarding the case of Susan Schofield that is due by October 22nd. Is there a time/place that works best for you to provide the documents and complete service? Thank you in advance." The text message was read by the recipient at 11:05 a.m. without a response. (See **Exhibit B**).

16. On this same date, Marissa also sent an email to the address that appears to belong to Defendant Thomas. (See **Exhibit C**). No response was received by this email.

17. Based on the inability to serve Defendant Thomas without a more recent address, I then turned back to the Process Servicer Company to continue a trace on Defendant Thomas but have not heard any new information that can locate Defendant Thomas as of the writing of this document.

18. For these reasons, I request this Court to grant my 30-day extension from the time this Court issues its Orders for this Request to complete paragraph 5(1) of this filing.

/
/
/
/
/

1
2
3                                                               SUSAN SCHOFIELD
4                                                                  Pro Se Litigant
5
6
7   Dated: October 21, 2022                        _____
8                                                              Susan Schofield
9                                                                  Pro Se Litigant
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Susan Schofield v. County of Los Angeles, et al.   PG. 4        Case No: 2:22-cv-04332-JGB (AS)

REQUEST FOR EXTENSION

**SUSAN SCHOFIELD**

25001 Magic Mountain Pkwy. #620

Valencia, CA. 91355

(661) 857-2120

**PLAINTIFF IN PRO PER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>　　　　Defendants. | Case No: 2:22-cv-04332-JGB (AS)<br><br>**EXHIBIT A**<br><br>Re: Plaintiff's Request for Extension |

**EXHIBIT A**

Susan Schofield v. County of Los Angeles, et al.   PG. 1   Case No: 2:22-cv-04332-JGB (AS)

EXHIBIT A



Marissa Hernandez <missabellaj@gmail.com>

### Fwd: Notice of TRO re: 2:22-cv-04332-JGB-AS

**Susan Schofield** <susandschofield@gmail.com>　　　　　　　　　　　　　　　Wed, Oct 12, 2022 at 10:31 AM
To: Cory Cabana <copa120663@gmail.com>, Marissa Hernandez <missabellaj@gmail.com>

---------- Forwarded message ---------
From: **Jennifer Gysler** <jennifergysler@gmail.com>
Date: Wed, Oct 12, 2022, 10:16 AM
Subject: Re: Notice of TRO re: 2:22-cv-04332-JGB-AS
To: Susan Schofield <susandschofield@gmail.com>


Hi Susan,

I have a last known address, finally.  I'm out of state and I've asked my office to send it to me so I can provide it to you.  If you can hold off a few days - I should be able to send it to you sometime today though.

Thanks,
Jennifer

On Wed, Oct 12, 2022 at 11:28 AM Susan Schofield <susandschofield@gmail.com> wrote:
> Good Morning,
>
> This is Susan Schofield, and I wanted to give notice that I will be proceeding with a TRO on October 14, 2022 in regard to the Motion to Compel discovery information to locate Judy Thomas.
>
> Please see the attached files that were submitted incorrectly (Docket No. 50-54). My apologies in advance, I have been unable to reach you for any further correspondence.
>
> This is my notice in advance to file this coming Friday unless the location of Judy Thomas can be provided before then or if you have any other reason as to why I should not proceed through this action to access necessary information that is due on October 22, 2022 (Docket No. 49).
>
> Thank you in advance,
> Susan Schofield

**SUSAN SCHOFIELD**

25001 Magic Mountain Pkwy. #620

Valencia, CA. 91355

(661) 857-2120

**PLAINTIFF IN PRO PER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, et al. <br><br> Defendants. | Case No: 2:22-cv-04332-JGB (AS) <br><br> **EXHIBIT B** <br><br> Re: Plaintiff's Request for Extension |

**EXHIBIT B**

Susan Schofield v. County of Los Angeles, et al.   PG. 1   Case No: 2:22-cv-04332-JGB (AS)

EXHIBIT B



+1 (661) 209-1029

iMessage
Saturday 11:03 AM

Hello Judy! My name is Marissa Hernandez.

I have a court summons that I need to deliver to you regarding the case of Susan Schofield that is due by October 22nd.

Is there a time/place that works best for you to provide the documents and complete service?

Thank you in advance

Read Saturday

1  **SUSAN SCHOFIELD**
2  25001 Magic Mountain Pkwy. #620
3  Valencia, CA. 91355
4  (661) 857-2120
5  **PLAINTIFF IN PRO PER**
6
7  # UNITED STATES DISTRICT COURT
8  # CENTRAL DISTRICT OF CALIFORNIA
9
10
11 | SUSAN SCHOFIELD, an individual,   | Case No: 2:22-cv-04332-JGB (AS) |
12 |                                    |                                  |
13 |        Plaintiff,                  | **EXHIBIT C**                    |
14 |                                    |                                  |
15 |        v.                          | Re: Plaintiff's Request for Extension |
16 | COUNTY OF LOS ANGELES, et al.      |                                  |
17 |        Defendants.                 |                                  |
18
19
20               **EXHIBIT C**
21
22
23
24
25
26
27
28



Marissa Hernandez <missabellaj@gmail.com>

## RE: Susan Schofield Summons

**Marissa Hernandez** <missabellaj@gmail.com>  Sat, Oct 15, 2022 at 11:19 AM
To: jthomas505@yahoo.com

Hello Mrs. Thomas,

My name is Marissa Hernandez and I tried to reach you by phone call and text at the phone number listed as: (661) 209-1029.

I have a summons in the Federal District Court that I need to serve to you by October 22, 2022.

I wanted to follow up to determine if there is a time/place that works best for you to complete the service?

Thank you in advance,
Marissa Hernandez