MICHAEL McCARTHY (SBN 89588)
Email: mmccarthy@nemecek-cole.com
KENNY C. BROOKS (SBN 254842)
Email: kbrooks@nemecek-cole.com
**NEMECEK & COLE**
A Professional Corporation
16255 Ventura Boulevard, Suite 300
Encino, CA 91436-2300
Tel: (818) 788-9500 / Fax: (818) 501-0328

Attorneys for Defendant
LAURA MENKE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, a municipal entity, et al.; <br><br> Defendants. | Case No.: 2:22-cv-04332-JGB-AS <br> Honorable Alka Sagar, Magistrate Judge <br> Complaint Filed: June 23, 2022 <br><br> **DEFENDANT LAURA MENKE'S CASE MANAGEMENT REPORT** |

///
///
///
///
///
///
///
///
///

1

Defendant Laura Menke ("Menke") hereby submits her Case Management Report pursuant to the Court's scheduling order issued on August 22, 2022.

A. **DESCRIPTION OF FACTUAL AND LEGAL ISSUES**

This matter stems from a Los Angeles County Superior Court matter (Dependency Division) wherein Plaintiff Susan Schofield ("Schofield")'s two minor children were removed from her home ("the Underlying Action.") Schofield has now sued the County of Los Angeles, various County Social Workers, and even her own court-appointed lawyer (Menke.) As to Menke, Schofield (now representing herself) alleges that Menke (her own lawyer in the Underlying Action) conspired with the other defendants (her opponents in in the Underlying Action) to intentionally lose the Underlying Action and get Schofield's children removed from her home. Schofield alleges no facts supporting these allegations against Menke -- nor does she explain why her own lawyer would intentionally throw her case. Against Menke, Schofield alleges causes of action for (1) Violation of Civil Rights under 42 U.S.C. §1983; and (2) for Declaratory Relief. As discussed below, Magistrate Judge Alka Sakar has already recommended that the Complaint against Menke be dismissed because the matter is time-barred pursuant to the 2-year statute of limitation established by California Code of Civil Procedure §335.1. (Docket No. 39.)

B. **DISCOVERY PLANS**

If this Court adopts the recommendations of the Magistrate Judge, Menke does not anticipate engaging in any discovery. However, if the Complaint against Menke is not dismissed pursuant to the recommendation of the Magistrate Judge, Menke anticipates engaging in written discovery with Schofield. Menke also plans to conduct the depositions of Schofield and each social worker (or other County representative) with whom Schofield alleges that Menke conspired to throw the Underlying Action. Menke reserves the right to conduct additional discovery that could prove necessary as facts are revealed via the anticipated discovery.

///

## C. ANTICIPATED MOTIONS

Menke previously filed a motion to dismiss Schofield's Complaint against her pursuant to Federal Rule of Civil Procedure 12(b)(6). (Docket No. 39.) On September 14, 2022, Magistrate Judge Alka Sakar issued a "Report and Recommendation" recommending that Menke's motion be *granted* and that Schofield's Complaint against Menke be dismissed with prejudice. (Docket No. 47.) Pursuant to Schofield's request, this Court extended Schofield's time to respond to the Report and Recommendation, which makes her response due November 22, 2022. (Docket No. 49.) If this Court adopts the recommendations of the Magistrate Judge, Menke does not anticipate any further motion practice. However, if the Complaint against Menke is not dismissed pursuant to the recommendation of the Magistrate Judge, Menke anticipates filing a motion for summary judgment under FRCP No. 56.

## D. ANTICIPATED WITNESSES

If this matter proceeded to trial with Menke as a defendant, Menke would call the following witnesses, among others: (1) Menke; (2) Schofield; (3) the various social workers that participated in the Underlying Action; (3) all attorneys that represented the County of Los Angeles in the Underlying Action; (4) all attorneys that represented the children in the Underlying Action; (5) Schofield's ex-husband (Michael Schofield); (6) Schofield's current husband (Cory -- see Complaint at ¶29); (7) any witness in the Underlying Action; (8) all treating physicians of the children; and (9) an expert witness on the attorney standard of care. The specific identify of these witnesses (and potentially the need for further witnesses) may be revealed via additional discovery.

## E. TRIAL ESTIMATE

Menke's trial estimate is 10-14 days. As Schofield's action against Menke appears to be a mis-labeled legal malpractice action, a retrial of the underlying dependency court action will be necessary to determine whether any different result in the underlying action was possible. Menke's trial estimate is informed by this reality.

3200588.1 / 3041.002

Menke takes no position on the length of the trial should this Court adopt the Magistrate Judge's recommendation to dismiss the Complaint against Menke.

### F. SETTLEMENT POTENTIAL

Menke does not see any potential for settlement in this matter. With zero evidence, Schofield has alleged that Menke (a duly licensed attorney in good standing who dedicates her practice to representing indigent defendants in dependency court matters) conspired with her client's litigation opponent to *intentionally* lose the Underlying Action of her own client (Schofield.) Menke has no intention to reward these spurious and unfounded allegations with a settlement payment.

### G. OTHER INFORMATION

There is no further information that Menke wishes to provide the Court.

DATED: October 24, 2022           NEMECEK & COLE

                                  By: *Kenny C. Brooks*
                                  KENNY BROOKS
                                  Attorneys for Defendant
                                  LAURA MENKE

# CERTIFICATE OF SERVICE

I am a resident of the State of California, I am over the age of eighteen years, and not a party to this action. My business address is 16255 Ventura Boulevard, Suite 300, Encino, California 91436.

On October 24, 2022, pursuant to LR 3022-1, I served the following document(s) on the parties listed on the **Service List** in the manner indicated thereon:

- **DEFENDANT LAURA MENKE'S CASE MANAGEMENT REPORT**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users (listed on the Court's Electronic Mail Notice List for this case) will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **BY FIRST CLASS UNITED STATES MAIL**: I am "readily familiar" with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service the same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the below service list, a true copy of the above-referenced document(s) was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepared; and on that same date that envelope was placed for collection in the U.S. mail depository, located at Encino, California following ordinary business practices.

///
///
///
///
///

**Service List**

Susan Schofield (Plaintiff In Pro Per)
25001 Magic Mountain Parkway
Suite 620
Valencia, CA 91355
Tel: (661) 857-2120

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2022, at Encino, California.

Michelle W. Stoecker      /s/ *Michelle W. Stoecker*
(type or print name)      (signature)

3247510.1