1. SUSAN SCHOFIELD
2. 25001 Magic Mountain Pkwy. #620
3. Valencia, CA. 91355
4. (661) 857-2120
5. PLAINTIFF IN PRO PER



FILED
CLERK, U.S. DISTRICT COURT
NOV - 8 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SUSAN SCHOFIELD, an individual, | Case No: 2:22-cv-04332-JGB (AS) |
|---|---|
| Plaintiff, | |
| v. | **OBJECTION TO THE GRANTING OF** Defendant Menke's Motion (Dkt. No. 39) and dismissing Plaintiff's Complaint with prejudice with respect to Defendant Menke |
| COUNTY OF LOS ANGELES, et al. | |
| Defendants. | |

/
/
/
/
/
/
/
/

Susan Schofield v. County of Los Angeles, et al.   PG. 1    Case No: 2:22-cv-04332-JGB (AS)

OBJECTION

1 Plaintiff Susan Schofield ("Plaintiff") objects to the Court's granting of Defendant Menke's Motion (Docket No. 39) and dismissing Plaintiff's Complaint with prejudice with respect to Defendant Menke. (Docket Nos. 46-47).

This Objection is based on the following documents: (1) Plaintiff's Notice of Motion to Reconsider; (2) Notice of Errata; (3) Memorandum of Points and Authorities; (4) Declaration; (5) Proposed Order; and (6) the complete files and records in this action.

**SUSAN SCHOFIELD**
Pro Se Litigant

Dated: November 7, 2022

*[signature]*

**Susan Schofield**
Pro Se Litigant

**SUSAN SCHOFIELD**

25001 Magic Mountain Pkwy. #620

Valencia, CA. 91355

(661) 857-2120

**PLAINTIFF IN PRO PER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, an individual,<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>Defendants. | Case No: 2:22-cv-04332-JGB (AS)<br><br>**DECLARATION IN SUPPORT OF: OBJECTION; MOTION TO RECONSIDER; MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS A - C; PROOF OF SERVICE**<br><br>**HEARING DATE:**<br>**HEARING TIME:**<br>**JUDGE:** Hon. Alka Sagar<br>**PLACE:** Courtroom 540 |

/
/
/
/

I, Susan Schofield, declare as follows:

(1) I am the Plaintiff in the above-entitled case.

(2) I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

(3) I did not discuss or attempted to resolve the issues raised in this motion with the opposing counsel because the parties do not need to comply with the following Local Rules: Rules 7-3, 7-14, and 7-15 (regarding motions and pre-filing conference).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2022, in Valencia, CA.

**SUSAN SCHOFIELD**
Pro Se Litigant

**Dated**: November 7, 2022

*/s/ Susan Schofield*

**Susan Schofield**
Pro Se Litigant

| | |
|---|---|
| **From:** | CACD Civil Intake <no-reply@cacd.uscourts.gov> |
| **Sent:** | Tuesday, November 8, 2022 4:54 PM |
| **To:** | ASChambers |
| **Subject:** | Filing information (EDSS) - Case #: 2:22-cv-04332-JGB (AS) |
| **Attachments:** | Memorandum of Points and Authorities in Support of Motion to Reconsider and Objection.pdf; Exhibit A.pdf; (PROPOSED) ORDER.pdf; Notice of Errata.pdf; Exhibit B.pdf; Plaintiff's Objection.pdf; Notice of Motion to Reconsider.pdf; Declaration.pdf; Exhibit C.pdf |

**Name:** Susan Schofield
**Tracking Number:** EDS-221107-000-5865
**Date of Submission:** 11/7/2022 9:49:20 PM

Uploaded files:

- **Memorandum of Points and Authorities in Support of Motion to Reconsider and Objection.pdf**
- **Exhibit A.pdf**
- **(PROPOSED) ORDER.pdf**
- **Notice of Errata.pdf**
- **Exhibit B.pdf**
- **Plaintiff's Objection.pdf**
- **Notice of Motion to Reconsider.pdf**
- **Declaration.pdf**
- **Exhibit C.pdf**