1  **SUSAN SCHOFIELD**
2  25001 Magic Mountain Pkwy. #620
3  Valencia, CA. 91355
4  (661) 857-2120
5  **PLAINTIFF IN PRO PER**



6
7              **UNITED STATES DISTRICT COURT**
8              **CENTRAL DISTRICT OF CALIFORNIA**
9
10
11  SUSAN SCHOFIELD, an individual,    Case No: 2:22-cv-04332-JGB (AS)
12              Plaintiff,
13                                     **PROOF OF SERVICE BY MAIL**
14       v.
15  COUNTY OF LOS ANGELES, et al.
16              Defendants.
17
18
19       I, Marissa Hernandez, declare as follows:
20
21       My business address is 440 E. Huntington Dr. Suite 300 Arcadia, CA.
22  91006, which is located in the county where the mailing described below
23  took place.
24
25  On November 10, 2022, I served the following document(s) descried as:
26
27    **#1. :** Motion to Reconsider (Docket #60)
28    **#2. :** Motion to Reconsider – [Proposed Order] (Docket #60-1)

Susan Schofield  v. County of Los Angeles, et al.   PG. 1     Case No: 2:22-cv-04332-JGB (AS)

**PROOF OF SERVICE OF SUMMONS**

1  **#3. :** Objection to Motion to Dismiss (Docket #61)

2

3  On all interested parties in this action by placing a true and correct copy
4  thereof in a sealed envelope, with first-class postage prepaid thereon, and
5  deposited said envelope in the United States mail at or in Duarte, CA,
6  addressed to:

7

8  NEMECEK & COLE
9  RE: Laura Menke
10  16255 Ventura Boulevard, Suite 300
11  Encino, CA 91436-2300
12
13  Executed on November 10, 2022 at Arcadia, CA.

14
15
16
17
18  _____
19  MARISSA HERNANDEZ
20
21
22
23
24
25
26
27
28



```
              MONROVIA
            225 S IVY AVE
         MONROVIA, CA 91016-9998
             (800)275-8777
11/10/2022                    02:15 PM
----------------------------------------
Product              Qty   Unit    Price
                           Price
----------------------------------------
Mailer 10.5 x 16      1    $1.69   $1.69

First-Class Mail®     1            $2.64
Large Envelope
    Encino, CA 91436
    Weight: 0 lb 6.10 oz
    Estimated Delivery Date
        Mon 11/14/2022
----------------------------------------
Grand Total:                       $4.33
----------------------------------------
Debit Card Remit                   $4.33
    Card Name: VISA
    Account #: XXXXXXXXXXXX2203
    Approval #: 131753
    Transaction #: 894
    Receipt #: 039799
    Debit Card Purchase: $4.33
    AID: A0000000980840    Contactless
    AL

In a hurry? Self-service kiosks offer
  quick and easy check-out. Any Retail
      Associate can show you how.

         Preview your Mail
         Track your Packages
          Sign up for FREE @
    https://informeddelivery.usps.com

 All sales final on stamps and postage.
 Refunds for guaranteed services only.
       Thank you for your business.

      Tell us about your experience.
 Go to: https://postalexperience.com/Pos
 or scan this code with your mobile device.
```



```
         or call 1-800-410-7420.

----------------------------------------
UFN: 055076-0845
Receipt #: 840-59130006-5-5498208-1
Clerk: 18
```