**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN SCHOFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et. al.,<br><br>    Defendants. | Case No. CV 22-4332-JGB (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed,[1] the Court concurs with and accepts the findings and conclusions of the

---

[1] The Court construes Plaintiff's Motion to Reconsider the Granting of Defendant Menke's Motion to Dismiss (Dkt. No. 60), and Plaintiff's Objection to Motion to Dismiss (Dkt. No. 61), as Plaintiff's objections to the Report and Recommendation issued on November 14, 2022. See Dkt. No. 56.

Magistrate Judge.  In sum, Plaintiff's objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that Defendant Menke's Request for Judicial Notice (Dkt. No. 39-3) is GRANTED, and Defendant Menke's Motion to Dismiss Plaintiff's Complaint with prejudice with respect to Defendant Menke is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at her current address of record.

DATED: December 1, 2022

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE