UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | CV 22-04332-JGB (AS) | Date | December 8, 2022 |
|---|---|---|---|
| Title | *Susan Schofield v. County of Los Angeles, et. al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):** **Order Denying Plaintiff's Motion to Compel as Moot (Dkt. No. 50)**

On October 3, 2022, Plaintiff filed a motion to compel Defendant County of Los Angeles to provide (1) the last known address of Defendant Judy Thomas; and (2) the last date Defendant Thomas's address was updated in their system, so that Plaintiff could serve Defendant Thomas in this case. (Dkt. No. 50). Defendant did not file an opposition or response to the motion. On November 16, 2022, Plaintiff filed proof of service of summons on Defendant Judy Thomas. (Dkt. No. 64). Since the Plaintiff has now served Defendant Thomas, the motion is DENIED as moot.

The parties may utilize the Court's informal discovery dispute resolution process to bring any further discovery disputes to the Court's attention. (See Judge Sagar's Procedures).

**IT IS SO ORDERED.**

cc: Jesus G. Bernal
    United States District Judge

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | AF | | |