1  **SUSAN SCHOFIELD**

2  25001 Magic Mountain Pkwy. #620

3  Valencia, CA. 91355

4  (661) 857-2120

5  **PLAINTIFF IN PRO PER**



FILED
CLERK, U.S. DISTRICT COURT
DEC 9 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____EEE_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, an individual, | Case No: 2:22-cv-04332-JGB (AS) |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| COUNTY OF LOS ANGELES, et al. | |
| Defendants. | |

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff Susan Schofield hereby appeals the above-named case to the United States Court of Appeals for the Ninth Circuit from the judgement entered by the court on December 1, 2022 in its entirety and as to all claims against Defendant Laura Menke. Respectfully submitted.

**DATED**: December 9, 2022

**SIGNED NAME**: *[signature]*
**PRINTED NAME**: Susan Schofield