**SUSAN SCHOFIELD**

25001 Magic Mountain Pkwy. #620

Valencia, CA. 91355

(661) 857-2120

**PLAINTIFF IN PRO PER**



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>Defendants. | Case No: 2:22-cv-04332-JGB (AS)<br><br>**REPRESENTATION STATEMENT (RULE 3-2)** |

## REPRESENTATION STATEMENT
## (RULE 3-2)

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORDS;

The undersigned acts in pro per for herself. Plaintiff-Appellant submits this Representation Statement.

Susan Schofield  v. County of Los Angeles, et al.   PG. 1     Case No: 2:22-cv-04332-JGB (AS)

REPRESENTATION STATEMENT FOR NOTICE OF APPEAL

| PARTY | COUNSEL OF RECORD |
|---|---|
| Susan Schofield, Plaintiff and Appellant | In pro per<br>25001 Magic Mountain Pkwy. #620<br>Valencia, CA. 91355<br>Tel. +1 (661) 857 2120 [direct line]<br>Email: susandschofield@gmail.com |
| Laura Menke, Defendant and Appellee | Michael McCarthy<br>Nemecek & Cole<br>16255 Ventura Boulevard, Suite 300<br>Encino, CA 91436-2300<br>Tel. +1 (818) 788 9500<br>Fax. +1 (818) 501 0328<br>Email: mmccarthy@nemecek-cole.com<br><br>Kenny C. Brooks<br>Nemecek & Cole<br>16255 Ventura Boulevard, Suite 300<br>Encino, CA 91436-2300<br>Tel. +1 (818) 788 9500<br>Fax. +1 (818) 501 0328<br>Email: kbrooks@nemecek-cole.com |

Respectfully submitted.

**DATED**: December 9, 2022

**SIGNED NAME**: *[signature]*

**PRINTED NAME**: Susan Schofield

Susan Schofield v. County of Los Angeles, et al.   PG. 2   Case No: 2:22-cv-04332-JGB (AS)

REPRESENTATION STATEMENT FOR NOTICE OF APPEAL