Name and address:
Michael McCarthy (SBN 89588)
Kenny C. Brooks (SBN 254842)
NEMECEK & COLE
16255 Ventura Boulevard, Suite 300
Encino, CA 91436
Tel: (818) 788-9500 / Fax: (818) 501-0328
Email: kbrooks@nemecek-cole.com
Attorneys for Defendant LAURA MENKE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD<br><br>v.                                           PLAINTIFF(S)<br><br>COUNTY OF LOS ANGELES, a municipal entity, et al.,<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>2:22-cv-04332-JGB-AS<br><br>NOTICE OF APPEARANCE OR<br>WITHDRAWAL OF COUNSEL |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.

### SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Michael McCarthy                                    CA Bar Number: 89588

Firm or agency: NEMECEK & COLE

Address: 16255 Ventura Boulevard, Suite 300, Encino, CA 91436

Telephone Number: 818-788-9500                      Fax Number: 818-501-0328

Email: mmccarthy@nemecek-cole.com

Counsel of record for the following party or parties: Defendant LAURA MENKE

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____ , where it was assigned case number _____ . The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____ , the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO  ☐ FPDO  ☐ CJA Appointment  ☐ Pro Bono  ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

***Notices of Electronic Filing will be terminated.*** *Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____ .

☒ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
(*Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.*)

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____ .

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____ .

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: January 11, 2023

Signature: */s/ Michael McCarthy/*

Name: MICHAEL McCARTHY

# CERTIFICATE OF SERVICE

I am a resident of the State of California, I am over the age of eighteen years, and not a party to this action. My business address is 16255 Ventura Boulevard, Suite 300, Encino, California 91436.

On January 17, 2023, pursuant to FRCivP 5(b), I served the following document(s) on the parties listed on the **Service List** in the manner indicated thereon:

- **DEFENDANT LAURA MENKE'S NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users (listed on the Court's Electronic Mail Notice List for this case) will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **BY FIRST CLASS UNITED STATES MAIL**: I am "readily familiar" with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service the same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the below service list, a true copy of the above-referenced document(s) was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepared; and on that same date that envelope was placed for collection in the U.S. mail depository, located at Encino, California following ordinary business practices.

///
///
///
///

1
CERTIFICATE OF SERVICE

3247510.1

**Service List**

| | |
|---|---|
| Susan Schofield<br>25001 Magic Mountain Parkway<br>Suite 620<br>Valencia, CA 91355<br>Tel: (661) 857-2120 | (Plaintiff In Pro Per) |
| Jon F. Monroy, Esq.<br>Jennifer E. Gysler, Esq.<br>Monroy Averbuck and Gysler<br>200 North Westlake Boulevard<br>Suite 204<br>Westlake Village, CA 91362<br>Tel: (805) 914-3077<br>Fax: (818) 400-4812<br>Email: triallawyermonroy@gmail | Attorneys for County of Los Angeles |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2023, at Encino, California.

Michelle W. Stoecker          /s/ *Michelle W. Stoecker*
(type or print name)              (signature)

2

3247510.1