UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 22-04332-JGB (AS) | Date | May 4, 2023 |
|---|---|---|---|
| Title | *Susan Schofield v. County of Los Angeles, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE FAILURE OF DEFENDANT JUDY THOMAS TO FILE CASE MANAGEMENT REPORT**

On January 31, 2023, the Court issued an Order directing Defendant Judy Thomas to file a Case Management Report in accordance with the Court's August 22, 2022 Scheduling Order no later than March 1, 2023. (Dkt. No. 77).

As of today, however, Defendant Thomas has not filed a Case Management Report or sought an extension of time to do so.

Accordingly, Defendant Thomas is **ORDERED TO SHOW CAUSE**, in writing, **no later than May 19, 2023,** as to why Defendant should not be sanctioned for failure to comply with court orders.

This Order will be discharged upon the filing of a Case Management Report in accordance with the Court's August 22, 2022 Order (Dkt. No. 41), a copy of which is attached to this Order.

.

IT IS SO ORDERED.

cc:     Jesus G. Bernal
       United States District Judge

                                                   0    :    00
Initials of Preparer    AF