UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-04332-JGB (AS) | Date | May 19, 2023 |
|---|---|---|---|
| Title | *Susan Schofield v. County of Los Angeles, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):** **ORDER DISCHARGING ORDER TO SHOW CAUSE (Dkt. No. 80)**

On May 4, 2023, the Court issued an Order to Show Cause ("OSC") because Defendant Judy Thomas had yet to file and serve a Case Management Report pursuant to the Court's August 22, 2022 Scheduling Order. (Dkt. No. 80). On May 18, 2023, Counsel for Defendant Thomas filed her declaration in response to the OSC and Case Management Report. (Dkt. Nos. 81-82). Accordingly, the Court's May 4, 2023, OSC (Dkt. No. 80) is DISCHARGED.

IT IS SO ORDERED.

cc: Jesus G. Bernal
United States District Judge

Initials of Preparer  AF    0 : 00