SUSAN SCHOFIELD

33244 Churchill St.

Lake Elsinore, CA. 92530

(661) 857-2120

**PLAINTIFF IN PRO PER**

FILED
CLERK, U.S. DISTRICT COURT

JULY 30, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AF _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SUSAN SCHOFIELD, and individual,

PLAINTIFF

v.

COUNTY OF LOS ANGELES, et al.,

DEFENDANTS

Case No: 2:22-cv-04332-JGB (AS)

PLAINTIFF'S REQUEST BY CLERK TO UPDATE ADDRESS

///
///
///
///
///
///
///
///
///
///
///
///
///

Susan Schofield v. County of Los Angeles, et al.                    Case No: 2:22-cv-04332-JGB (AS)

PG. 1
REQUEST TO CLERK

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Susan Schofield hereby requests that the Clerk of the above-entitled Court to update her address to:

33244 Churchill St. Lake Elsinore, CA. 92530

**SUSAN SCHOFIELD**

PRO SE LITIGANT

**DATED**: JULY 12, 2023

**SUSAN SCHOFIELD**

PRO SE LITIGANT

Susan Schofield v. County of Los Angeles, et al.    Case No: 2:22-cv-04332-JGB (AS)

PG. 2
REQUEST TO CLERK