1  SUSAN SCHOFIELD
2  4429 E. Village Rd. #410,
3  Long Beach, Ca. 90808
4  (661) 857-2120
5  **PLAINTIFF IN PRO PER**

```
F I L E D
CLERK, U.S. DISTRICT COURT
OCT 22 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ____rsm____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, and individual, | Case No: 2:22-cv-04332-JGB (AS) |
| PLAINTIFF | PLAINTIFF'S REQUEST BY CLERK TO UPDATE ADDRESS |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| DEFENDANTS | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Susan Schofield hereby requests that the Clerk of the above-entitled Court to update her address to: <u>4429 E. Village Rd. #410, Long Beach, Ca. 90808</u>

**SUSAN SCHOFIELD**
PRO SE LITIGANT

**DATED**: OCTOBER 21, 2023

*[signature]*

**SUSAN SCHOFIELD**
PRO SE LITIGANT

Susan Schofield v. County of Los Angeles, et al.   Case No: 2:22-cv-04332-JGB (AS)

PG. 1
REQUEST TO CLERK