**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





FILED
CLERK, U.S. DISTRICT COURT

NOV 1 3 2023

CENTRAL DISTRICT OF CALIFORNIA
BY MMC DEPUTY

2:22 cv 4332


AS



NIXIE          910    4C    1                    7211/08/23

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Case: 2:22cv4332   Doc: 86

Susan  Schofield
33244 Churchill Street
Lake Elsinore, CA 92530

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<36784925@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-04332-JGB-AS Susan
Schofield v. County of Los Angeles Deficiency in Electronically Filed Documents (G-112A) -
optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/26/2023 at 1:07 PM PDT and filed on 10/26/2023

| | |
|---|---|
| **Case Name:** | Susan Schofield v. County of Los Angeles |
| **Case Number:** | 2:22-cv-04332-JGB-AS |
| **Filer:** | |
| **Document Number:** | 86 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Filed Document RE: Request to Update Address
[85]. The following error(s) was/were found: Fed. R. Civ. P. 5 no proof of service attached (see
document for further details). You need not take any action in response to this notice unless and
until the Court directs you to do so. (hr)**

**2:22-cv-04332-JGB-AS Notice has been electronically mailed to:**
Kenny C Brooks    kbrooks@nemecek-cole.com, mstoecker@nemecek-cole.com
Jon F Monroy    triallawyermonroy@gmail.com
Jennifer E Gysler    jennifergysler@gmail.com
**2:22-cv-04332-JGB-AS Notice has been delivered by First Class U. S. Mail or by other means BY
THE FILER to :**
Susan Schofield
33244 Churchill Street
Lake Elsinore CA 92530