**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



```
Case: 2:22cv4332  Doc: 86
```

```
-R-T-S-   908025547-1N         11/25/23

          RETURN TO SENDER
          UNABLE TO FORWARD
          UNABLE TO FORWARD
          RETURN TO SENDER
```



2:22cv4332
AS



FILED
CLERK, U.S. DISTRICT COURT
NOV 29 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH DEPUTY

Case: 2:22cv4332   Doc: 86

Susan Schofield
4429 East Village Roadi, Unit 410
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36784925@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-04332-JGB-AS Susan Schofield v. County of Los Angeles Deficiency in Electronically Filed Documents (G-112A) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/26/2023 at 1:07 PM PDT and filed on 10/26/2023

| | |
|---|---|
| **Case Name:** | Susan Schofield v. County of Los Angeles |
| **Case Number:** | 2:22-cv-04332-JGB-AS |
| **Filer:** | |
| **Document Number:** | 86 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Filed Document RE: Request to Update Address [85]. The following error(s) was/were found: Fed. R. Civ. P. 5 no proof of service attached (see document for further details). You need not take any action in response to this notice unless and until the Court directs you to do so. (hr)**

**2:22-cv-04332-JGB-AS Notice has been electronically mailed to:**
Kenny C Brooks    kbrooks@nemecek-cole.com, mstoecker@nemecek-cole.com
Jon F Monroy    triallawyermonroy@gmail.com
Jennifer E Gysler    jennifergysler@gmail.com
**2:22-cv-04332-JGB-AS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Susan Schofield
33244 Churchill Street
Lake Elsinore CA 92530