FILED
CLERK, U.S. DISTRICT COURT

12/8/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CS____ DEPUTY

1    SUSAN SCHOFIELD

2    4429 E. Village Rd. #410

3    Long Beach, CA 90808

4    (661) 857-2120

5    **PLAINTIFF IN PRO PER**

6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9

10   SUSAN SCHOFIELD, and individual,          Case No: 2:22-cv-04332-JGB (AS)

11                    PLAINTIFF                 PLAINTIFF'S REQUEST BY
                                                CLERK TO UPDATE ADDRESS
12

13           v.

14   COUNTY OF LOS ANGELES, et al.,

15                    DEFENDANTS

16   **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

17

18           Plaintiff Susan Schofield hereby requests that the Clerk of the

19   above-entitled Court to update her address to: <u>4429 E. Village Rd. #410 Long

20   Beach, CA 90808</u>

21

22                                              **SUSAN SCHOFIELD**

23                                              PRO SE LITIGANT

24

25                                              [signature]
     **DATED**: DECEMBER 8, 2023             _____
26
                                                **SUSAN SCHOFIELD**
27                                              PRO SE LITIGANT

28

---
Susan Schofield v. County of Los Angeles, et al.                Case No: 2:22-cv-04332-JGB (AS)

PG. 1
REQUEST TO CLERK