SUSAN SCOFIELD

4429 East Village Rd. #410

Long Beach, CA. 90808

(661) 369-3206

**PLAINTIFF IN PRO PER**

FILED
CLERK, U.S. DISTRICT COURT

1/17/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eee_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHOFIELD, an individual,<br><br>PLAINTIFF<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.;<br><br>DEFENDANTS | Case No: 2:22-cv-04332-JGB (AS)<br><br>**PLAINTIFF'S NOTICE OF** Request for Extension (Docket No. 79); and Motion to Compel; and For Entry of A Protective Order<br><br>**HEARING DATE**: _____<br><br>**HEARING TIME**: _____<br><br>**JUDGE**: Hon. Alka Sagar<br><br>**PLACE**: Courtroom 540 |

///
///
///
///
///
///
///
///

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that on _____ at _____, or as soon thereafter as this matter may be heard in the above-entitled Court located at Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Los Angeles, CA, 90012, Courtroom 540, Plaintiff Susan Schofield will and hereby does move the Court for a Request for Extension (Docket No. 79); and Motion to Compel; and For Entry of A Protective Order.

This motion is based on the following documents: (1) Memorandum of Points and Authorities; (2) Declaration; (3) Proposed Order; and (4) the complete files and records in this action.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 29, 2023.

**SUSAN SCHOFIELD**

PRO SE LITIGANT

**DATED**: DECEMBER 23, 2023

**SUSAN SCHOFIELD**

PRO SE LITIGANT

Susan Schofield v. County of Los Angeles, et al.   Case No: 2:22-cv-04332-JGB (AS)

PG. 2

PLAINTIFF'S REQUEST FOR EXTENSION AND NOTICE OF MOTION