1 SUSAN SCOFIELD
2 4429 East Village Rd. #410
3 Long Beach, CA. 90808
4 (661) 369-3206
5 **PLAINTIFF IN PRO PER**

FILED
CLERK, U.S. DISTRICT COURT
1/17/24
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eee_____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 SUSAN SCOFIELD | Case No: 2:22-cv-04332-JGB (AS) |
| 11 PLAINTIFF | **DECLARATION** in support of: (1) Plaintiff's Notice of Request for Extension (Docket No. 79); and Motion to Compel; and For Entry of A Protective Order; and (2) Points and Authorities. |
| 13 v. | |
| 14 COUNTY OF LOS ANGELES, et al.; | |
| 15 DEFENDANTS | |
| 16 | **HEARING DATE**: _____ |
| 17 | **HEARING TIME**: _____ |
| 19 | **JUDGE**: Hon. Alka Sagar |
| 20 | **PLACE**: Courtroom 540 |

21
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Susan Schofield v. County of Los Angeles, et al.           Case No: 2:22-cv-04332-JGB (AS)

PG. 1
DECLARATION

I, Susan Schofield, declare as follows:

(1) I am the Plaintiff in the above-entitled case.

(2) I have personal knowledge of the following facts, and, if called as a witness, I could and would completely testify thereto.

(3) I did attempt to resolve the issues raised in this motion with the opposing counsel as described in the attached Memorandum of Points and Authorities at 1:25-2:19.

(4) I did not the opposing counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2023 in Whittier, CA.

**SUSAN SCHOFIELD**

PRO SE LITIGANT

**DATED**: DECEMBER 23, 2023                    _/s/ Susan Schofield_

**SUSAN SCHOFIELD**

PRO SE LITIGANT

Susan Schofield v. County of Los Angeles, et al.                    Case No: 2:22-cv-04332-JGB (AS)

PG. 2
DECLARATION