1 SUSAN SCOFIELD
2 4429 East Village Rd. #410
3 Long Beach, CA. 90808
4 (661) 369-3206
5 **PLAINTIFF IN PRO PER**

FILED
CLERK, U.S. DISTRICT COURT

1/17/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____eee_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

10  SUSAN SCHOFIELD

        PLAINTIFF

        v.

    COUNTY OF LOS ANGELES, et al.;

        DEFENDANTS

Case No: 2:22-cv-04332-JGB (AS)

**PROOF OF SERVICE**

I, Marissa Hernandez, am a citizen of the United States and reside in Los Angeles County. I am over the age of eighteen and not a party to the above-entitled action. On January 17, 2024, I served the following documents on Defendants COUNTY OF LOS ANGELES, JUDY THOMAS, KAREN LA, SANDRA CHAVEZ, WENDY CONTRERAS, JULIET MACIAS, LINDA FLORES, ARNESHA ALLEN, and BERNADETTE HENLEY by personally serving the defendant by Priority Mail Express 2-Day:

Susan Patrick v. County of Los Angeles, et al.                Case No: 2:22-cv-04332-JGB (AS)

PG. 1
PROOF OF SERVICE

(1) PLAINTIFF'S NOTICE OF Request for Extension (Docket No. 79); and Motion to Compel; and For Entry of A Protective Order

(2) PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES Request For Extension (Docket No. 79) And Motion To Compel; And, For Entry Of A Protective Order

(3) DECLARATION in support of: (1) Plaintiff's Notice of Request for Extension (Docket No. 79); and Motion to Compel; and For Entry of A Protective Order; and (2) Points and Authorities.

(4) [PROPOSED] ORDER OF THE COURT RE: PRODUCTION OF JUVENILE CASE FILE

Defendants were served at the address and time indicated below:

**TIME OF DELIVERY**: 4:00 P.M.

Jennifer E Gysler

**RE**: County of Los Angeles, Judy Thomas, Karen La, Sandra Chavez, Wendy Contreras, Juliet Macias, Linda Flores, Arnesha Allen, and Bernadette Henley

Monroy Averbuck and Gysler

200 North Westlake Boulevard

Westlake Village, CA 91362

Sworn under penalty of perjury pursuant to the laws of the State of California.

**DATED**: JANUARY 17, 2024

_____

**MARISSA HERNANDEZ**

Susan Patrick v. County of Los Angeles, et al.   Case No: 2:22-cv-04332-JGB (AS)

PG. 2
PROOF OF SERVICE