UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 22-04332-JGB (AS) | Date | February 6, 2024 |
|---|---|---|---|
| Title | *Susan Schofield v. County of Los Angeles* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | CS 02/06/24 |
| Deputy Clerk | Court Reporter / Recorder |
| Present for Plaintiff: | Attorney Present for Defendants: |
| Susan Schofield | Jennifer E. Gysler |

**Proceedings (In Chambers):** ORDER RE: PLAINTIFF'S REQUEST FOR EXTENSION; MOTION TO COMPEL; AND REQUEST FOR PROTECTIVE ORDER; (DKT. NOS. 94-96)

On January 17, 2024, Plaintiff filed a request for an extension of case deadlines; motion to compel production of Juvenile Court case file; and request for a protective order, (Dkt. No. 94), a supporting memorandum of points and authorities, (Dkt. No. 95), and declaration (Dkt. No. 96). A status conference was held by video teleconference on February 6, 2024. (Dkt. No. 99). The Court, having reviewed Plaintiff's submissions and heard from the parties, issues the following Order:

Plaintiff's request for an extension of case deadlines and request for protective order is GRANTED in part: Defense counsel is ordered to prepare and provide to Plaintiff – no later than February 9, 2024 - a proposed protective order governing the disclosure of discovery materials to be produced in this case, and a proposed joint stipulation setting forth the parameters of the parties' discovery production, to include Defendants' production of the Department of Children and Family Services ("DCFS") case file,[1] and Plaintiff's production of records in her possession. The stipulation shall also include the parties' agreement to an extension of discovery deadlines and a date for a status conference with the Court in late April 2024. The parties are directed to file the proposed protective order and stipulation with the Court no later than February 16, 2024. Plaintiff's motion to compel is DENIED without prejudice.

---

[1] Defendants' production shall be accompanied by a privilege log.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 22-04332-JGB (AS) | Date | February 6, 2024 |
|---|---|---|---|
| Title | *Susan Schofield v. County of Los Angeles* | | |

**IT IS SO ORDERED.**

|  | 0 | : | 16 |
|---|---|---|---|
| Initials of Preparer | AF | | |