1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

9

10

SUSAN SCHOFIELD,

11

12                           Plaintiff,

13        v.

14   COUNTY OF LOS ANGELES,

15   et. al.,

16

17                           Defendants.

18

Case No. CV 22-4332-JGB (AS)

**ORDER ACCEPTING FINDINGS,**

**CONCLUSIONS AND RECOMMNEDATIONS OF**

**UNITED STATES MAGISTRATE JUDGE**

19

20      Pursuant to 28 U.S.C. section 636, the Court has reviewed the

21   motion to consolidate this action with a related action, the

22   records of this case, and the Report and Recommendation of a United

23   States Magistrate Judge to which no objections were filed.

24   Accordingly, the Court concurs with and accepts the findings and

25   conclusions of the Magistrate Judge.

26      **IT IS ORDERED** that Plaintiff's Motion to Consolidate this

27   action with *January Schofield v. County of Los Angeles, et. al.,*

28

1    Case No. 2:22-cv-05590-JGB-AS, is GRANTED; All future filings will

2    be filed under the lower number case: 2:22-cv-04332-JGB-AS; and

3    Case No. 2:22-cv-05590-JGB-AS shall be closed.

4

5    **IT IS FURTHER ORDERED** that the Clerk serve copies of this

6    Order and the Magistrate Judge's Report and Recommendation on the

7    parties.

8

       DATED: October 31, 2025

9

10

11                   JESUS G. BERNAL

12            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28